R OB B ONTA, State Bar No. 202668
Attorney General of California
B ENJAMIN G. D IEHL, State Bar No. 192984
Supervising Deputy Attorney General
A NDREW Z. E DELSTEIN, State Bar No. 218023
J AQUELYN Y OUNG, State Bar No. 306094
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6219
  Fax:  (916) 731-2125
  E-mail:  Jacquelyn.Young@doj.ca.gov
*Attorneys for Defendants*
*Tomás Aragón, in his official capacity as the*
*Director of the California Department of Public*
*Health and Gavin Newsom, in his official capacity*
*as the Governor of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREE NOW FOUNDATION and BRAVE AND FREE SANTA CRUZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**TOMAS ARAGON IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, AND GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA,**<br><br>Defendants. | 2:24-cv-03523-DJC-SCR<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Current Deadline: February 6, 2025<br>Stipulated Deadline: March 7, 2025<br><br>Courtroom:  7<br>Judge:  The Hon. Daniel J. Calabretta<br>Action Filed:  December 16, 2024 |

1 **ORDER**

2   The Court, having read and considered the stipulation filed on behalf of Plaintiffs and
3 Defendants Tomás Aragón, in his official capacity as the Director of the California Department of
4 Public Health (CDPH Director), and Gavin Newsom, in his official capacity as Governor of
5 California, and finding GOOD CAUSE thereon, hereby grants the stipulated extension of time for
6 Defendants CDPH Director Aragón and Governor Newsom to respond to Plaintiffs' Complaint.

7   **IT IS SO ORDERED** that Defendants CDPH Director Tomas Aragón and Governor
8 Newsom shall file responsive pleading on or before March 7, 2025.

10 Dated:  January 22, 2025      /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
11                               UNITED STATES DISTRICT JUDGE

13 Respectfully submitted by:

14  ROB BONTA
    Attorney General of California
15  BENJAMIN G. DIEHL
    Supervising Deputy Attorney General
16  ANDREW Z. EDELSTEIN
    JAQUELYN YOUNG
17  Deputy Attorneys General
    *Attorneys for Defendants*
18  *Tomás Aragón, in his official capacity as*
    *the Director of the California Department*
19  *of Public Health and*
    *Gavin Newsom, in his official capacity*
20  *as the Governor of California*