1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JENNIFER PERKELL, State Bar No. 203205
   Supervising Deputy Attorney General
3  JAQUELYN YOUNG, State Bar No. 306094
   KATHERINE GRAINGER, State Bar No. 333901
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102
     Telephone: (213) 269-6219
6    Fax: (916) 731-2125
     E-mail: Jacquelyn.Young@doj.ca.gov
7  *Attorneys for Defendant Tomás Aragón, in his
   official capacity as the Director of the California
8  Department of Public Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREE NOW FOUNDATION and BRAVE AND FREE SANTA CRUZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**TOMAS ARAGON IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, AND GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA,**<br><br>Defendants. | 2:24-cv-03523-DJC-SCR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Current Deadline: April 8, 2025<br>Stipulated Deadline: May 20, 2025<br><br>Courtroom: 7<br>Judge: The Hon. Daniel J. Calabretta<br>Action Filed: December 16, 2024 |

Plaintiffs Free Now Foundation, Brave and Free Santa Cruz, Minor Child #1, Mother and Father of Minor Child #1, Minor Child #2, Mother of Minor Child #2, Minor Child #3, Mother, Father, and Adult Brother of Minor Child #3, Minor Child #4, Mother and Father of Minor Child #4 (collectively, Plaintiffs) and Defendant Tomás Aragón[1], in his official capacity as the Director of the California Department of Public Health (CDPH Director), by and through their attorneys of record, hereby stipulate to extend the CDPH Director's responsive pleading deadline by six weeks, from April 8, 2025, to May 20, 2025, as follows:

1. Whereas, Plaintiffs filed an amended complaint on March 24, 2025, and

2. Whereas, the CDPH Director's current responsive pleading deadline is April 8, 2025.

3. Good cause exists for this extension. The amended complaint added twelve individual plaintiffs and alleges five new causes of action. The CDPH Director needs additional time to review the new allegations and claims. To conserve judicial resources, counsel for Plaintiffs and the CDPH Director are also discussing a procedural timeline for Plaintiffs' potential motion for preliminary injunction to avoid simultaneous and/or repetitive briefing.

4. This is the parties' first request to extend the CDPH Director's deadline to respond to Plaintiffs' First Amended Complaint. The extension will not prejudice any party.

5. Accordingly, the parties stipulate that the CDPH Director's responsive pleading deadline is extended by six weeks, April 8, 2025, to May 20, 2025.

IT IS HEREBY STIPULATED.

---

[1] As of February 1, 2025, Dr. Erica Pan is the Director of the California Department of Public Health.

| | | |
|---|---|---|
| 1 | Dated: April 3, 2025 | Respectfully submitted, |

ROB BONTA
Attorney General of California
JENNIFER PERKELL
Supervising Deputy Attorney General

  */s/ Jacquelyn Young*

JAQUELYN YOUNG
KATHERINE GRAINGER
Deputy Attorneys General
*Attorneys for Defendant Tomás Aragón, in his official capacity as the Director of the California Department of Public Health*

Dated: April 3, 2025                    LAW OFFICE OF RICHARD B. FOX, J.D., M.D.

  */s/ Richard Fox*

RICHARD B. FOX, J.D., M.D.
*Attorneys for Plaintiffs*

**ORDER**

The Court, having read and considered the stipulation filed on behalf of Plaintiffs and Defendant Tomás Aragón, in his official capacity as the Director of the California Department of Public Health (CDPH Director), and finding GOOD CAUSE thereon, hereby grants the stipulated extension of time for Defendant CDPH Director Aragón to respond to Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED** that Defendant CDPH Director Aragón shall file his responsive pleading on or before May 20, 2025.

Dated: April 4, 2025

/s/ Daniel J.Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE