1  Richard B. Fox, J.D., M.D.
   State Bar Number 283447
2  1875 S. Bascom Avenue, Ste. 2400
   Campbell, CA 95008
3  Tel: 408-402-2452
   Fax: 669-221-6281
4  drfox@drfoxlawoffice.com
   Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Free Now Foundation, and Brave And Free Santa Cruz, Minor Child #1, Mary Barnes, Mother of Minor Child #1; Minor Child #2, Colette Brown, Mother of Minor Child #2, Minor Child #3, Mother, Father, and Adult Brother of Minor Child #3, Minor Child #4, Mother and Father of Minor Child #4;<br><br>　　　　　　　　Plaintiffs<br>vs.<br><br>Erica Pan In Her Official Capacity As Director Of The California Department Of Public Health, and Courtney Johnson, In Her Official Capacity As Principal, Foothill Technology High School, Ventura Unified School District; Monica Morales, Director, Santa Cruz County Health Services Agency,<br><br>　　　　　　　　Defendants | **CASE NO. 2:24-cv-03523-DJC-SCR**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED MOTION FOR PRELIMINARY INJUNCTION**<br><br>Current Deadline: April 9, 2025<br>Stipulated Deadline: April 23, 2025<br><br>Date:<br>Time:<br>Courtroom: 7<br>Judge: Hon. Daniel J. Calabretta |

Plaintiffs and Defendants, by and through their attorneys of record, hereby stipulate to extend the plaintiffs' deadline for filing their Amended Motion For Preliminary Injunction by two weeks, from April 9, 2025, to April 23, 2025.

1. Plaintiffs' filing deadline for its Amended Motion For Preliminary Injunction is currently April 9, 2025.

2. The parties now stipulate to a two week extension of the filing deadline for Plaintiffs' Amended Motion For Preliminary Injunction to April 23, 2025.

IT IS HEREBY STIPULATED.

Dated: April 9, 2025            Respectfully submitted,
                                LAW OFFICE OF RICHARD B. FOX, J.D., M.D.
                                /s/ Richard Fox

                                RICHARD B. FOX, J.D., M.D.
                                Attorneys for Plaintiffs

Dated: April 9, 2025            Respectfully submitted,

                                ROB BONTA
                                Attorney General of California
                                JENNIFER PERKELL
                                Supervising Deputy Attorney General


                                /s/ Jacquelyn Young
                                JACQUELYN YOUNG
                                KATHERINE GRAINGER
                                Deputy Attorneys General
                                Attorneys for Defendant Erica Pan, in
                                her official capacity as the Director of the
                                California Department of Public Health

1
2  Dated: April 9, 2025                    Respectfully submitted,
                                           Olivarez Madruga Law Organization LLP
3                                          /s/ David Adida
                                           Olivarez Madruga Law Organization LLP
4                                          Attorneys for Defendant Ventura Unified School District
5
6
7  Dated: April 9, 2025                    Respectfully submitted,
                                           Office of the Santa Cruz County Counsel
8
                                           /s/ Negine Mansour Sewitsky
9                                          Office of the Santa Cruz County Counsel
                                           Attorneys for Defendant Monica Morales
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court, having read and considered the stipulation filed on behalf of Plaintiffs and Defendant Erica Pan, in her official capacity as the Director of the California Department of Public Health (CDPH Director), and finding GOOD CAUSE thereon, hereby grants the stipulated extension of time for Plaintiffs to file their Amended Motion For Preliminary Injunction,

IT IS SO ORDERED that Plaintiffs shall file their Amended Motion For Preliminary Injunction on or before April 23, 2025.

Dated: April 9, 2025                    /s/ Daniel J.Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE