Richard B. Fox, J.D., M.D.
State Bar Number 283447
1875 S. Bascom Avenue, Ste. 2400
Campbell, CA 95008
Tel: 408-402-2452
Fax: 669-221-6281
drfox@drfoxlawoffice.com
Attorney for Plaintiffs

| | |
|---|---|
| Free Now Foundation, and Brave And Free Santa Cruz, Minor Child #1, Mary Barnes, Mother of Minor Child #1; Minor Child #2, Colette Brown, Mother of Minor Child #2, Minor Child #3, Mother, Father, and Adult Brother of Minor Child #3, Minor Child #4, Mother and Father of Minor Child #4;<br><br>      Plaintiffs<br>vs.<br><br>Erica Pan In Her Official Capacity As Director Of The California Department Of Public Health, and Courtney Johnson, In Her Official Capacity As Principal, Foothill Technology High School, Ventura Unified School District; Monica Morales, Director, Santa Cruz County Health Services Agency,<br><br>      Defendants | UNITED STATES DISTRICT COURT<br><br>EASTERN DISTRICT OF CALIFORNIA<br><br>CASE NO. 2:24-cv-03523-DJC-SCR<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED MOTION FOR PRELIMINARY INJUNCTION<br><br>Current Deadline: April 9, 2025<br>Stipulated Deadline: April 23, 2025<br><br>Date:<br>Time:<br>Courtroom: 7<br>Judge: Hon. Daniel J. Calabretta |

Plaintiffs and Defendants, by and through their attorneys of record, hereby stipulate to extend the plaintiffs' deadline for filing their Amended Motion For Preliminary Injunction by two weeks, from April 9, 2025, to April 23, 2025.

1. Plaintiffs' filing deadline for its Amended Motion For Preliminary Injunction is currently April 9, 2025.

2. The parties now stipulate to a two-week extension of the filing deadline for Plaintiffs' Amended Motion For Preliminary Injunction to April 23, 2025.

IT IS HEREBY STIPULATED.

Dated: April 9, 2025 M.D.

Respectfully submitted,
LAW OFFICE OF RICHARD B. FOX, J.D.,

/s/ Richard Fox

RICHARD B. FOX, J.D., M.D.
Attorneys for Plaintiffs

Dated: April 9, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JENNIFER PERKELL
Supervising Deputy Attorney General


/s/ Jacquelyn Young
JACQUELYN YOUNG
KATHERINE GRAINGER
Deputy Attorneys General
Attorneys for Defendant Erica Pan, in her official capacity as the Director of the California Department of Public Health

Dated: April 9, 2025

Respectfully submitted,
Olivarez Madruga Law Organization LLP

/s/ David Adida
Olivarez Madruga Law Organization LLP
Attorneys for Defendant Ventura Unified
School District

Dated: April 9, 2025

Respectfully submitted,
Office of the Santa Cruz County Counsel

/s/ Negine Mansour Sewitsky
Office of the Santa Cruz County Counsel
Attorneys for Defendant Monica Morales

**ORDER**

The Court, having read and considered the stipulation filed on behalf of Plaintiffs and Defendant Erica Pan, in her official capacity as the Director of the California Department of Public Health (CDPH Director), and finding GOOD CAUSE thereon, hereby grants the stipulated extension of time for Plaintiffs to file their Amended Motion For Preliminary Injunction,

IT IS SO ORDERED that Plaintiffs shall file their Amended Motion For Preliminary Injunction on or before April 23, 2025.

Dated: April 11, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE