Richard B. Fox, J.D., M.D.
State Bar Number 283447
1875 S. Bascom Avenue, Ste. 2400
Campbell, CA 95008
Tel: 408-402-2452
Fax: 669-221-6281
drfox@drfoxlawoffice.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE NOW FOUNDATION, BRAVE AND FREE SANTA CRUZ, D.Q., by his next friend, ALIX MAYER, A.R., by his next friend, ALIX MAYER, T.E., by his next friend, KATHLEEN LYNCH, AND N.D., by his next friend, KATHLEEN LYNCH,<br><br>Plaintiffs,<br><br>v.<br><br>ERICA PAN in her official capacity as Director of the California Department of Public Health,<br><br>Defendants. | Case No.:   2:24-cv-03523-DJC-SCR<br><br>**ORDER DENYING THE MOTION FOR PRELIMINARY INJUNCTION FILED MARCH 25, 2025**<br><br>Date:<br>Time:<br>Courtroom: 7<br>Judge:  Honorable Daniel J. Calabretta |

The Court, having read and considered Plaintiffs' request to deny the Motion for Preliminary Injunction filed on March 25, 2025 now before the Court and finding GOOD CAUSE thereon, it is hereby ORDERED that Plaintiffs' Motion for Preliminary Injunction filed on March 25, 2025 is DENIED.

IT IS SO ORDERED.

Dated: May 7, 2025                      /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE