1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JENNIFER PERKELL, State Bar No. 203205
   Supervising Deputy Attorney General
3  JAQUELYN YOUNG, State Bar No. 306094
   KATHERINE GRAINGER, State Bar No. 333901
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102
     Telephone: (213) 269-6219
6    Fax: (916) 731-2125
     E-mail: Jacquelyn.Young@doj.ca.gov
7  *Attorneys for Defendant Tomás Aragón, in his
   official capacity as the Director of the California
8  Department of Public Health*

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREE NOW FOUNDATION, et al.,** | 2:24-cv-03523-DJC-SCR |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| **TOMAS ARAGON IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, et al.,** | Current Deadline: May 20, 2025<br>Stipulated Deadline: June 24, 2025 |
| Defendants. | Courtroom: 7<br>Judge: The Hon. Daniel J. Calabretta<br>Action Filed: December 16, 2024 |

1  Plaintiffs Free Now Foundation, Brave and Free Santa Cruz, Minor Child #1, Mother and
2  Father of Minor Child #1, Minor Child #2, Mother of Minor Child #2, Minor Child #3, Mother,
3  Father, and Adult Brother of Minor Child #3, Minor Child #4, Mother and Father of Minor Child
4  #4 (collectively, Plaintiffs) and Defendant Tomás Aragón[1], in his official capacity as the Director
5  of the California Department of Public Health (CDPH Director or Defendant), by and through
6  their attorneys of record, hereby stipulate to extend the CDPH Director's responsive pleading
7  deadline by five weeks, from May 20, 2025, to June 24, 2025, as follows:

8      1.    Whereas, Plaintiffs filed their first amended complaint on March 24, 2025, and
9      2.    Whereas, Defendant's responsive pleading deadline is May 20, 2025, and
10     3.    Whereas, Plaintiffs filed a motion for leave to amend on May 6, 2025, and
11     4.    Whereas, Defendant does not oppose Plaintiffs' motion for leave to amend, and
12     5.    Whereas, the hearing on Plaintiffs' motion for leave to amend is set for June 12,
13 2025.
14     6.    Good cause exists for this extension. Plaintiffs intend to file a second amended
15 complaint and a motion for preliminary injunction. To conserve judicial resources, the parties
16 agree that Defendant's time for filing a motion to dismiss Plaintiffs' first amended complaint
17 should be extended as requested since the need for the response is likely to be obviated by
18 Plaintiffs' filing of a second amended complaint.
19     7.    This is the parties' second request to extend Defendant's deadline to respond to
20 Plaintiffs' First Amended Complaint. The extension will not prejudice any party.
21     8.    Accordingly, the parties stipulate that Defendant's responsive pleading deadline is
22 extended by five weeks, from May 20, 2025, to June 24, 2025.
23 IT IS HEREBY STIPULATED.

---

[1] As of February 1, 2025, Dr. Erica Pan is the Director of the California Department of Public Health.

| | | |
|---|---|---|
| 1 | Dated: May 16, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | JENNIFER PERKELL |
| | | Supervising Deputy Attorney General |
| 4 | | |

                                            */s/ Jacquelyn Young*
JAQUELYN YOUNG
KATHERINE GRAINGER
Deputy Attorneys General
*Attorneys for Defendant Tomás Aragón, in his official capacity as the Director of the California Department of Public Health*

Dated: May 16, 2025                                 LAW OFFICE OF RICHARD B. FOX, J.D., M.D.

                                            */s/ Richard Fox*
RICHARD B. FOX, J.D., M.D.
*Attorneys for Plaintiffs*

**ORDER**

The Court, having read and considered the stipulation filed on behalf of Plaintiffs and Defendant Tomás Aragón, in his official capacity as the Director of the California Department of Public Health (CDPH Director), and finding GOOD CAUSE thereon, hereby grants the stipulated extension of time for Defendant CDPH Director Aragón to respond to Plaintiffs' First Amended Complaint.

**IT IS HEREBY ORDERED** that Defendant CDPH Director Tomas Aragón shall file his response to the First Amended Complaint on or before June 24, 2025.

Dated: May 16, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE