**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREE NOW FOUNDATION, ET AL., | Case No.: 2:24-cv-03523-DJC-SCR |
| Plaintiffs, | |
| v. | **SEALING ORDER** |
| TOMAS ARAGON, ET AL., | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in Plaintiffs' Request to Seal, IT IS HEREBY ORDERED that the documents referenced therein, Plaintiffs' Request to Seal, and Defendants' objections shall be SEALED until further order of this Court.  To the extent Defendants have any continuing objection to the substance of Plaintiffs' Declarations, the Court will resolve those objections in ruling on the Plaintiffs' Motion for Preliminary Injunction.

It is further ordered that access to the sealed documents shall be limited to counsel for Plaintiffs and counsel for Defendants.

Dated:  May 29, 2025                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

1