1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   JENNIFER PERKELL, State Bar No. 203205
    Supervising Deputy Attorney General
3   JACQUELYN YOUNG, State Bar No. 306094
    KATHERINE GRAINGER, State Bar No. 333901
4   Deputy Attorneys General
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA 94102
      Telephone: (213) 269-6219
6     Fax: (916) 731-2125
      E-mail: Jacquelyn.Young@doj.ca.gov
7   *Attorneys for Defendant Erica Pan, in her official*
    *capacity as the Director of the California*
8   *Department of Public Health*

9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  | **FREE NOW FOUNDATION, et al.,** | 2:24-cv-03523-DJC-SCR |

14                          Plaintiffs,

15      v.                                **STIPULATION AND ORDER TO**
                                          **EXTEND TIME TO RESPOND TO**
16                                        **SECOND AMENDED COMPLAINT**

17  **ERICA PAN IN HER OFFICIAL**
    **CAPACITY AS DIRECTOR OF THE**        Current Deadline: June 17, 2025
18  **CALIFORNIA DEPARTMENT OF**           Stipulated Deadline: July 17, 2025
    **PUBLIC HEALTH,**
19                                         Courtroom:    7
                          Defendant.       Judge:        The Hon. Daniel J. Calabretta
20                                         Action Filed: December 16, 2024

21

22

23

24

25

26

27          Plaintiffs Free Now Foundation, Brave and Free Santa Cruz, D.Q., by his Next Friend, Alix

28  Mayer, A.R., by his Next Friend, Alix Mayer, T.E., by his Next Friend, Kathleen Lynch, and

                                            1

N.D., by his Next Friend, Kathleen Lynch (collectively, Plaintiffs) and Defendant Erica Pan, in her official capacity as the Director of the California Department of Public Health (CDPH Director or Defendant), by and through their attorneys of record, hereby stipulate to extend the CDPH Director's responsive pleading deadline by 30 days, from June 17, 2025, to July 17, 2025, as follows:

1.    Whereas, Plaintiffs filed their second amended complaint on June 3, 2025, and

2.    Whereas, Defendant's responsive pleading deadline is June 17, 2025, and

3.    Whereas, Plaintiffs filed a motion for preliminary injunction on June 4, 2025, and

4.    Whereas, Defendant's opposition to Plaintiff's motion for preliminary injunction is due June 18, 2025, and

5.    Whereas, the hearing on Plaintiffs' motion for preliminary injunction is set for July 10, 2025.

6.    Good cause exists for this extension.  To conserve judicial resources and avoid duplicative briefing, the parties agree that Defendant's time for filing a motion to dismiss Plaintiffs' second amended complaint should be extended as requested.

7.    This is the parties' first request to extend Defendant's deadline to respond to Plaintiffs' Second Amended Complaint.  The extension will not prejudice any party.

8.    Accordingly, the parties stipulate that Defendant's responsive pleading deadline is extended by 30 days, from June 17, 2025, to July 17, 2025.

IT IS HEREBY STIPULATED.

1    Dated:  June ___, 2025                    Respectfully submitted,

2                                             ROB BONTA
                                             Attorney General of California
3                                             JENNIFER PERKELL
                                             Supervising Deputy Attorney General

4

5

6                                             */s/ Jacquelyn Young*
                                             JACQUELYN YOUNG
7                                             KATHERINE GRAINGER
                                             Deputy Attorneys General
8                                             *Attorneys for Defendant Erica Pan, in her*
                                             *official capacity as the Director of the*
9                                             *California Department of Public Health*

10
     Dated:  June ___, 2025                    LAW OFFICE OF RICHARD B. FOX, J.D., M.D.
11

12

13                                            RICHARD B. FOX, J.D., M.D.
                                             *Attorneys for Plaintiffs*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Extend Time to
Respond to First Amended Complaint (2:24-cv-03523-DJC-SCR)

1

**ORDER**

2         The Court, having read and considered the stipulation filed on behalf of Plaintiffs and

3 Defendant Erica Pan, in her official capacity as the Director of the California Department of

4 Public Health (CDPH Director), and finding GOOD CAUSE thereon, hereby grants the stipulated

5 extension of time for Defendant CDPH Director Pan to respond to Plaintiffs' Second Amended

6 Complaint.

7         **IT IS HEREBY ORDERED** that Defendant CDPH Director Erica Pan shall file her

8 response to the Second Amended Complaint on or before July 17, 2025.

9

10 Dated:  June 9, 2025                                    /s/ Daniel J. Calabretta
                                                        _____
11                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28